UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KELVIN STEWARD                                                                               PLAINTIFF

CASE NO. 1:22-cv-01047

VS.

AIR LIQUIDE ADVANCED                                         DEFENDANT
TECHNOLOGIES U.S. LLC, AIR
LIQUIDE LARGE INDUSTRIES U.S.
L.P., AIR LIQUIDE ELECTRONICS
U.S. L.P., AIR LIQUIDE ADVANCED
MATERIALS, INC., AIR LIQUIDE
ADVANCED MATERIALS LLC, AND
AIR LIQUIDE USA LLC

## **DEFENDANTS AIR LIQUIDE ADVANCED MATERIALS, INC. AND AIR LIQUIDE ADVANCED MATERIALS LLC'S CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendants Air Liquide Advanced Materials, Inc. and Air Liquide Advanced Materials LLC (sometimes collectively referred to herein as "Defendants") furnish the following corporate disclosure statement:

      Air Liquide Advanced Materials, Inc. and Air Liquide Advanced Materials, LLC are not publicly traded.  Air Liquide Advanced Materials, Inc.'s parent company is American Air Liquide Holdings, Inc. which is not publicly traded.  Further, these entities are ultimately owned by Air Liquide S.A., a French Société Anonyme, which is not traded on a domestic exchange but is traded on the Euronext stock exchange.

      Defendants will promptly file a supplemental statement if any required information changes, pursuant to Federal Rule of Civil Procedure 7.1(b)(2).

Respectfully submitted,

By: /s/ Brian H. Ratcliff
BRIAN H. RATCLIFF (AR Bar No. 88154)
PPGMR LAW, PLLC
200 N. Jefferson Ave., Suite 500
El Dorado, Arkansas  71730
Brian@ppgmrlaw.com

Attorney for Defendants, Air Liquide Advanced Materials, Inc., and Air Liquide Advanced Materials LLC

OF COUNSEL:

BRADLEY MURCHISON KELLY & SHEA LLC
Joseph L. Shea, Jr. -Louisiana Bar Roll No. 11990
Katherine Smith Baker -Louisiana Bar Roll No. 31971
Brittanie Wagnon Carpenter-Louisiana Bar Roll No. 37344
401 Edwards Street, Suite 1000
Shreveport, LA  71101
Telephone 318.227.1131
jshea@bradleyfirm.com
kbaker@bradleyfirm.com
bcarpenter@bradleyfirm.com

*(motions for admission pro hac vice to be filed)*

## CERTIFICATE OF SERVICE

    I, Brian H. Ratcliff, do hereby certify that a copy of the above and foregoing Defendants Air Liquide Advanced Materials, Inc. and Air Liquide Advanced Materials LLC's Corporate Disclosure Statement has been filed with the United States District Court for the Western District of Arkansas by using the CM/ECF system and that a copy of the same and notice of electronic filing was served on all counsel of record by electronic notification where available and otherwise by electronic and/or regular mail at the following address:

Brandon Cogburn (AR Bar No. 2002094)
FLINT, CRAWFORD & COGBURN P.L.L.C.
2821 Richmond Road, Texarkana, Texas 75503
903-334-8928
903-334-8853 (FAX)
bcogburn@brudceflint.com
litigation@bruceflint.com
dcrawrford@bruceflint.com

on this 22nd day of September 2022.

                                                              /s/ Brian H. Ratcliff
                                                              Brian H. Ratcliff