IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KELVIN STEWARD                                                                                                          PLAINTIFF

v.                                           Case No. 1:22-cv-01047

AIR LIQUIDE ADVANCED
MATERIALS, INC.; and AIR LIQUIDE
ADVANCED MATERIALS LLC                                                                                      DEFENDANTS

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 22) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge